CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

SAMER DANFOURA (SBN: 239519)
samer@danfouralaw.com
CHRISTOPHER A. DEWYS (SBN: 257727)
chris@danfouralaw.com
GINA SHARRON (SBN: 233329)
gina@danfouralaw.com
DANFOURA LAW GROUP P.C.
700 Airport Blvd., Ste 350
Burlingame, 94010
Telephone: (415) 970-8012
Facsimile: (415) 970-8013
Attorney for Defendant
Albatross Investments, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>ALBATROSS INVESTMENTS, LLC, a California Limited Liability Company<br><br>    Defendants. | Case: 4:21-cv-05422-DMR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 09, 2021     CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorneys for Plaintiff

Dated: November 09, 2021     DANFOURA LAW GROUP P.C.

                                          By: /s/ Samer Danfoura
                                              Samer Danfoura
                                              Christopher a. Dewys
                                              Gina Sharron
                                              Attorney for Defendant
                                              Albatross Investments, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Samer Danfoura, counsel for Albatross Investments, LLC, and that I have obtained Mr. Danfoura's authorization to affix his electronic signature to this document.

Dated: November 09, 2021        CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff